UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD SAUERWALD,

                Plaintiff,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY; METROPOLITAN TRANSPORTATION AUTHORITY POLICE DEPARTMENT; METROPOLITAN TRANSPORTATION AUTHORITY POLICE OFFICER THOMAS SULLIVAN, Shield No. 2468; METROPOLITAN TRANSPORTATION AUTHORITY POLICE OFFICER "FNU" PREGO (first name unknown); METROPOLITAN TRANSPORTATION AUTHORITY LIEUTENANT CHRIS ROCKETT; METROPOLITAN TRANSPORTATION AUTHORITY POLICE OFFICER "MICHAEL MOE" (name being fictitious and presently unknown); METROPOLITAN TRANSPORTATION AUTHORITY POLICE OFFICER "RICHARD ROE" (name being fictitious and presently unknown); AND METROPOLITAN TRANSPORTATION AUTHORITY POLICE OFFICERS "JOHN DOES" 1-10 (names being fictitious and presently unknown and intended to be the Metropolitan Transportation Authority police officers involved in the stop, detentions, assaults, and arrest of plaintiff on or about September 1, 2010, and his subsequent prosecution),

                Defendants.

**PROOF OF SERVICE**

13 Cv. 4226(RA)(JLC)

---

STATE OF NEW YORK    )
                                  )ss.:
COUNTY OF NEW YORK  )

      I, Jeffrey A. Rothman, hereby affirm under the penalties of perjury:

      I am not a party to this action, I am over 18 years of age and I am self-employed as an attorney at 315 Broadway, Suite 200; New York, New York, 10007. I am counsel for the Plaintiff in the above-captioned action, and am admitted to practice in the United States District Court for the Southern District of New York.

      On July 1, 2013 I faxed a copy of the Order and Notice of Initial Conference to the law firm of Bee Ready Fishbein Hatter & Donovan LLP, who has been assigned to represent the defendants in this matter.

July 1, 2013                          _____
                                                      Jeffrey A. Rothman