UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X        Index No.: 13 CV 4226
RICHARD SAUERWALD,

                        Plaintiff,                                   NOTICE OF
                                                                                   APPEARANCE

      -against-

METROPOLITAN TRANSPORTATION AUTHORITY;
METROPOLITAN TRANSPORTATION AUTHORITY
POLICE DEPARTMENT; METROPOLITAN
TRANSPORTATION AUTHORITY POLICE OFFICER
THOMAS SULLIVAN, Shield No. 2468; METROPOLITAN
TRANSPORTATION AUTHORITY POLICE OFFICER
"FNU" PREGO (first name unknown); METROPOLITAN
TRANSPORTATION AUTHORITY LIEUTENANT
CHRIS ROCKETT; METROPOLITAN
TRANSPORTATION AUTHORITY POLICE OFFICER
"MICHAEL MOE" (name being fictitious and presently
unknown); METROPOLITAN TRANSPORTATION
AUTHORITY POLICE OFFICER "RICHARD ROE"
(name being fictitious and presently unknown);
AND METROPOLITAN TRANSPORTATION
AUTHORITY POLICE OFFICERS "JOHN DOES" 1-10
(names being fictitious and presently unknown and
intended to be the Metropolitan Transportation Authority
police officers involved in the stop, detentions, assaults,
and arrest of plaintiff on or about September 1, 2010,
and his subsequent prosecution),

                                   Defendants.
------------------------------------------X

       **PLEASE TAKE NOTICE**, that the undersigned hereby enter an appearance as counsel of record in this Action on behalf of Defendants, METROPOLITAN TRANSPORTATION AUTHORITY; METROPOLITAN TRANSPORTATION AUTHORITY POLICE DEPARTMENT; METROPOLITAN TRANSPORTATION AUTHORITY POLICE OFFICER THOMAS SULLIVAN, Shield No. 2468; METROPOLITAN TRANSPORTATION AUTHORITY POLICE OFFICER "FNU" PREGO (first name unknown); METROPOLITAN TRANSPORTATION

AUTHORITY LIEUTENANT CHRIS ROCKETT; METROPOLITAN TRANSPORTATION AUTHORITY POLICE OFFICER "MICHAEL MOE" (name being fictitious and presently unknown); METROPOLITAN TRANSPORTATION AUTHORITY POLICE OFFICER "RICHARD ROE" (name being fictitious and presently unknown); AND METROPOLITAN TRANSPORTATION AUTHORITY POLICE OFFICERS "JOHN DOES" 1-10. The undersigned certify that they are admitted to practice in this Court. All papers should be served upon the undersigned at the mailing address listed below.

Dated: Mineola, New York
July 3, 2013

**BEE READY FISHBEIN HATTER & DONOVAN, LLP**

By: _____
Michael P. Siravo (MPS 6425)

By: _____
Angelo M. Bianco (AB 2733)
*Attorneys for Defendants*
170 Old Country Road
Mineola, New York 11501
(516) 746-5599
File No.: 6178-1308

TO:   **Via ECF**
      **LAW OFFICE OF JEFFREY A. ROTHMAN**
      *Attorneys for Plaintiff*
      315 Broadway, Suite 200
      New York, New York 10007
      (212) 227-2980
      rothman.jeffrey@gmail.com